■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOLLY MAE CLAPP, Appellant. [872 NYS2d 687]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered October 31, 2007. The judgment convicted defendant, upon her plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.